IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Viloria, Kenneth D

Printed: 12/23/08

Case Number: 07 B 16235
Judge: Squires, John H
Filed: 9/6/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: December 16, 2008
Confirmed: December 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 29,879.00 |  |
| Secured: |  | 28,085.60 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,793.40 |
| Other Funds: |  | 0.00 |
| Totals: | 29,879.00 | 29,879.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 3,500.00 | 0.00 |
| 2. | Wilshire Credit Corp | Secured | 40,002.91 | 28,085.60 |
| 3. | Cook County Treasurer | Secured | 3,627.00 | 0.00 |
| 4. | Garden Court Townhouse Association | Secured | 1,500.00 | 0.00 |
| 5. | Wilshire Credit Corp | Secured | 28,265.55 | 0.00 |
| 6. | Internal Revenue Service | Priority | 8,820.40 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 973.71 | 0.00 |
| 8. | Capital One | Unsecured | 106.78 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 54.21 | 0.00 |
| 10. | Capital One | Unsecured | 195.93 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 12.05 | 0.00 |
| 12. | University Of Illinois Medical | Unsecured | 110.70 | 0.00 |
| 13. | Merrick Bank | Unsecured | 369.38 | 0.00 |
| 14. | Midwest Orthopedics At Rush | Unsecured | 200.00 | 0.00 |
| 15. | Wells Fargo Financial Illinois Inc | Unsecured | 51.06 | 0.00 |
| 16. | Orchard Bank | Unsecured |  | No Claim Filed |
| 17. | City of Chicago Ambulance | Unsecured |  | No Claim Filed |
| 18. | University of Illinois | Unsecured |  | No Claim Filed |
| 19. | Vyridian Revenue Managment | Unsecured |  | No Claim Filed |
|  |  |  | $ 87,789.68 | $ 28,085.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Viloria, Kenneth D | Case Number:  07 B 16235 |
| | Judge:  Squires, John H |
| Printed: 12/23/08 | Filed:  9/6/07 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 735.69 |
| 6.5% | 983.06 |
| 6.6% | 74.65 |
| | $ 1,793.40 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

